# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PAREDES, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>APOLLO EDUCATION GROUP, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:14−cv−02554−JGB (SPx)<br><br>**NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE** |

To: All Counsel Appearing of Record and/or Pro Se Litigant(s)

    YOU ARE HEREBY NOTIFIED that, pursuant to the procedure adopted by the Court, the above−entitled case has been returned to the Clerk for random reassignment.

    Accordingly, this case has been randomly reassigned to the Honorable __Judge Stephen V. Wilson__, U.S. District Judge for all further proceedings.

    Please substitute the initials of the newly assigned Judge so that the new case number will read: __5:14−cv−02554−SVW (SPx)__. This is very important because documents are routed by the judge's initials.

                                                               Clerk, U.S. District Court

__December 15, 2014__                                     By: __/s/ *Donnisha Brown*__
Date                                                                    Deputy Clerk