**FILED**
CLERK, U.S. DISTRICT COURT

Oct 7, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PAREDES, an individual and class representative on behalf herself and all others similarly situated,<br><br>             Plaintiff,<br><br>      vs.<br><br>THE UNIVERSITY OF PHOENIX, INC., a business entity doing business in California; APOLLO EDUCATION GROUP, INC., a business entity doing business in California and DOES 1 through 100, Inclusive,<br><br>             Defendants. | Case No.: 5:14-cv-02554-SVW-SPx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii)**<br><br>Hon. ~~Steven V. Wilson~~ STEPHEN V. WILSON<br><br>JS-6 |

US_ACTIVE-123913554.1-FYU

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)

1    Pursuant to the Stipulation of the parties dated October 5, 2015, and good cause

2    appearing therefor, the Court hereby dismisses this action in its entirety with

3    prejudice.  Each party shall bear its own attorneys' fees and costs.

4

5    Dated: __October 7, 2015_____     _____

6                                             Honorable Steven V. Wilson XXXXXXXXXXXXXXXX STEPHEN V. WILSON

7                                             United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-123913554.1-FYU

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)